EXHIBIT 16



RPX Site Search

| Company | Clients | Patent Sellers | | | | |
|---|---|---|---|---|---|---|
| Market | Solution | Membership | Team | News and Events | Investor Relations | Blog | About RPX |



# Membership
## Membership

RPX's client network includes technology leaders in each major sector (consumer electronics and PCs, e-commerce, mobile devices, networking, semiconductors, software, and telecommunications) ranging in size from $50B enterprises to those with venture-backed status.

Client Relations

🖨 Print    ✉ Email    + Share

**Select clients include:**

- Acer Inc.
- Adobe Systems, Inc.
- Advanced Micro Devices, Inc.
- Allied Telesis Holdings KK
- AOL Inc.
- Best Buy Co., Inc.
- Broadcom Corporation
- Canon, Inc.
- Cisco Systems, Inc.
- Citrix Systems, Inc.
- Coby Electronics Corporation
- Crate & Barrel Holdings, Inc.
- The DIRECTV Group, Inc.
- eBay Inc.
- eHarmony, Inc.
- Google Inc.
- Hitachi, Ltd.
- HTC Corporation
- InFocus Corporation
- Integrated Device Technology, Inc.
- Intel Corporation
- Juniper Networks Inc.
- LG Electronics, Inc.
- Microsoft Corporation
- Nanya Technology Corporation
- NETGEAR, Inc.
- Novell, Inc.
- Olympus Corporation
- Oracle America, Inc.
- Pantech Co., Ltd.
- Pioneer Corporation
- Polycom, Inc.
- QUALCOMM Incorporated
- QuickLogic Corporation
- Rackspace Hosting, Inc.
- Redpine Signals, Inc.
- Research In Motion Limited
- Samsung Electronics Co., Ltd.
- Seiko Epson Corporation
- Sharp Corporation
- ShoreTel, Inc.
- Shutterfly, Inc.
- SK hynix Inc.
- Sony Corporation
- Symantec Corporation
- Tagged, Inc.
- Taiwan Semiconductor Manufacturing Company, Ltd.
- TiVo Inc.

© 2008-2013 RPX Corporation. All rights reserved.   |   Terms of Use   |   Privacy Policy   |   Sitemap

An ICVM Group Site