John N. Zarian, USB No. 13454
PARSONS BEHLE & LATIMER
960 Broadway Avenue, Suite 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email: jzarian@parsonsbehle.com

Attorneys for Defendant
IKANO Communications, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IKANO COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:12-CV-1214-PMW<br>Magistrate Judge Paul M. Warner<br><br>**DECLARATION OF<br>GEORGE MITSOPOULOS** |

I, George Mitsopoulos, declare as follows:

1. I am employed by, and currently am a Vice President of, IKANO Communications, Inc. ("IKANO"). I am also the General Manager of IKANO's DSL Extreme business unit.

2. I make this declaration based upon my own personal knowledge. If called upon, I could and would testify competently and truthfully to the factual matters set forth herein.

3. IKANO provides digital subscriber line ("DSL") modems to certain of its retail customers and to certain persons who are contracted to IKANO as resellers of the DSL services offered by IKANO.

4. Since January 1, 2007, each of the DSL modems provided by IKANO to its retail customers and resellers was purchased by IKANO from one of two manufacturers: D-Link Systems, Inc. ("D-Link") and Comtrend Corporation ("Comtrend").

5. IKANO's DSL services in the United States include reselling DSL services provided by various carriers. From January 1, 2007 to the present, the majority of IKANO's United States DSL customers purchased DSL services from IKANO that utilized AT&T's DSL infrastructure. During that same period, a significant portion of IKANO's United States DSL customers purchased DSL services from IKANO that utilized Verizon's DSL infrastructure. From January 1, 2007 to the present, some of IKANO's United States DSL customers purchased DSL services from IKANO that used CenturyTel's (formerly Qwest) DSL infrastructure.

6. As a reseller of DSL internet services, IKANO does not own or operate the network infrastructure used to provide DSL services such as digital subscriber line access multiplexers or "DSLAMs."

DECLARATION OF GEORGE MITSOPOULOS - 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/15, 2013, at Dulles, Virginia.

_____
George Mitsopoulos

DECLARATION OF GEORGE MITSOPOULOS - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 15th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian

4825-0087-0675.2