John N. Zarian, USB No. 13454
PARSONS BEHLE & LATIMER
960 Broadway Avenue, Suite 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email: jzarian@parsonsbehle.com

Attorneys for Defendant
Ikano Communications, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br>    Plaintiff, <br><br> v. <br><br> IKANO COMMUNICATIONS, INC., <br><br>    Defendant. | Case No. 2:12-CV-1214-PMW <br> Magistrate Judge Paul M. Warner <br><br> **DECLARATION OF** <br> **A.J. WANG** |

DECLARATION OF AJ WANG - 1

I, A.J. Wang, declare as follows:

1. I am employed by D-Link Systems, Inc. ("D-Link"), with the title of Chief Technology Officer.

2. I make this declaration based upon my own personal knowledge. If called upon, I could and would testify competently and truthfully to the factual matters set forth herein.

3. I am informed and believe that Ikano Communications, Inc. ("Ikano") does business under the name "DSL Extreme."

4. According to D-Link's records, all of the modems sold by D-Link to Ikano since January 1, 2007 have incorporated exclusively Broadcom chipset components.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2013, at Fountain Valley, CA.

_____
A.J. Wang

DECLARATION OF AJ WANG - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian

4825-0087-0675.2