John N. Zarian, USB No. 13454
PARSONS BEHLE & LATIMER
960 Broadway Avenue, Suite 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email: jzarian@parsonsbehle.com

Attorneys for Defendant
Ikano Communications, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>IKANO COMMUNICATIONS, INC.,<br><br>             Defendant. | Case No. 2:12-CV-1214-PMW<br>Magistrate Judge Paul M. Warner<br><br>**DECLARATION OF**<br>**JOHN CASTREJE** |

DECLARATION OF JOHN CASTREJE - 1

I, John.Castreje, declare as follows:

1. I am employed by Comtrend Corporation ("Comtrend") with the title of General Manager. Comtrend is a leading global supplier of advanced networking solutions including digital subscriber line ("DSL") modems.

2. I make this declaration based upon my own personal knowledge. If called upon, I could and would testify competently and truthfully to the factual matters set forth herein.

3. I am informed and believe that Ikano Communications, Inc. ("Ikano") does business under the name "DSL Extreme."

4. According to Comtrend's records, all of the modems sold by Comtrend to Ikano since January 1, 2007 have incorporated exclusively Broadcom chipset components.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1/30, 2013, at Irvine, California.

_____
John Castreje

DECLARATION OF JOHN CASTREJE - 2

4817-5793-3842.3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian

4825-0087-0675.2