John N. Zarian, USB No. 13454
PARSONS BEHLE & LATIMER
960 Broadway Avenue, Suite 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email: jzarian@parsonsbehle.com

Attorneys for Defendant
IKANO Communications, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>IKANO COMMUNICATIONS, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 2:12-CV-1214-DN<br>District Judge David Nuffer<br><br>**SUPPLEMENTAL DECLARATION OF GEORGE MITSOPOULOS** |

SUPPLEMENTAL DECLARATION OF GEORGE MITSOPOULOS - 1
4832-9179-7011.1

I, George Mitsopoulos, declare as follows:

1. I am employed by, and currently am a Vice President of, IKANO Communications, Inc. ("IKANO"). I am also the General Manager of IKANO's DSL Extreme business unit.

2. I make this declaration based upon my own personal knowledge. If called upon, I could and would testify competently and truthfully to the factual matters set forth herein.

3. As described in my declaration, dated March 15, 2013, IKANO resells digital subscriber line ("DSL") services provided by various carriers, including AT&T, CenturyTel, and Verizon. From January 1, 2007 to the present, however, more than 90% of the DSL services resold by IKANO were those of AT&T and Verizon. From January 1, 2007 to the present, more than 90% of the revenue generated by IKANO for sales of DSL services is attributable to reselling the DSL services of AT&T and Verizon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/5, 2013, at Chatsworth, California.

_____
George Mitsopoulos

SUPPLEMENTAL DECLARATION OF GEORGE MITSOPOULOS - 2
4832-9179-7011.1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 5th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

                                       */s/ John N. Zarian*
                                       John N. Zarian