John N. Zarian, USB No. 13454
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email: jzarian@parsonsbehle.com

Attorneys for Defendant
IKANO Communications, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br>      Plaintiff, <br><br> v. <br><br> IKANO COMMUNICATIONS, INC., <br><br>      Defendant. | Case No. 2:12-CV-1214-DN <br> District Judge David Nuffer <br><br> NOTICE OF CONVENTIONAL FILING |

Please take notice that defendant IKANO Communications; Inc. ("IKANO") has

conventionally filed the following documents, papers, or other materials:  (a) Declaration of John

N. Zarian and Exhibits Thereto, and (b) Memorandum of Points and Authorities Filed in Support

of Motion to Enforce Settlement.

These documents, papers, or other materials have not been filed electronically because:

  ____   it cannot be converted to electronic format

  ____   the electronic file size of this material exceeds 5 megabytes (MB)

  <u>XX</u>   the Court by order has excused electronic filing

___     it is exempt from electronic filing pursuant to § II(E)(6) of the ECF Policy & Procedures Manual (specific list of documents including administrative records, ex parte submissions, etc.)

The document, paper or other material has been electronically served on all parties.

DATED THIS 20th day of March, 2014.

PARSONS BEHLE & LATIMER

By */s/ John N. Zarian*
    John N. Zarian
Attorneys for Defendant
IKANO Communications, Inc.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 20th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ John N. Zarian*
John N. Zarian
